UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WAYNE COOKE | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16-CV-00371-VAB |
| vs. | : | |
| | : | |
| DANIEL SHAPIRO | | |
| DIANA ROSS | | |
| MILONE & MACBROOM, INC. | : | |
| | : | |
|    Defendants | : | SEPTEMBER 10, 2019 |

**NOTICE OF FILING REQUESTS FOR PRODUCTION**

The Defendant, Milone & MacBroom, hereby give notice that they have sent Requests for Production directed to the Plaintiff, Wayne Cooke, on September 10, 2019 for the above captioned matter.

                         **THE DEFENDANT,**
                         **MILONE & MACBROOM, INC.**

                BY:   /s/ Timothy W. Donahue (ct04339)
                      Timothy W. Donahue
                      Matthew H. Geelan
                      Donahue, Durham & Noonan, P.C.
                      741 Boston Post Road
                      Guilford, CT 06437
                      (203) 458-9168
                      tdonahue@ddnctlaw.com
                      mgeelan@ddnctlaw.com

## **CERTIFICATION**

    I hereby certify that, on the above-written date, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                   /s/
                                      Timothy W. Donahue