UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WAYNE COOKE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-CV-00371 (VAB) |
| vs. | : | |
| | : | |
| DANIEL SHAPIRO, et al, | : | |
| | : | |
| Defendants | : | DECEMBER 11, 2019 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the plaintiff and defendant, Milone & MacBroom, Inc., hereby stipulate that the case may be dismissed as to Milone & MacBroom, Inc. with prejudice, each side to bear its own costs and fees.

**THE PLAINTIFF,**  
**WAYNE COOKE,**

BY:/s/ David S. Doyle
David S. Doyle (#ct02987)
The Marcus Law Firm
275 Branford Road
North Branford, CT 06471
(203) 481-3330
ddoyle@marcuslawfirm.com

**THE DEFENDANT,**  
**MILONE & MACBROOM, INC.**

BY:/s/ Timothy W. Donahue
Timothy W. Donahue (#ct04339)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
tdonahue@ddnctlaw.com

## CERTIFICATION

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                       /s/
                     Timothy W. Donahue