UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WAYNE COOK,
THE NF&W COOKE
    *Plaintiff*

V.

                      3:19-cv-0371 VAB

DANIEL SHAPIRO,
DIANA ROSS,
MILONE & MACBROOM, INC,
    *Defendants*

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On March 11, 2029 plaintiff, Wayne Cooke, filed a complaint against the defendants, Daniel Shapiro, Diana Ross and Milone & MacBroom, Inc. On December 11, 2019, defendant Milone & MacBroom, Inc, filed a Stipulation of Dismissal (Doc 33). As a result, the defendant Milone & MacBroom Inc, was terminated from the case. On March 4, 2024, the case proceeded to trial along with plaintiffs Wayne Cook and The NF&W Cooke against defendants Daniel Shapiro and Diana Ross. On March 13, 2024 the jury returned a verdict finding defendants Daniel Shapiro and Diana Ross liable for tortious interference with business expectancies. The plaintiff was awarded $1 for compensatory damages and $101,590.71 in punitive damages as to each defendant. It is therefore,

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiffs Wayne Cook and The NF&W Cooke and the case is closed.

Dated at New Haven, Connecticut, this 18th of March 2024.

                                              DINAH MILTON KINNEY, Clerk

                                              By:/s/ Tatihana Murphy
                                              Deputy Clerk

EOD: 3/18/2024