UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE NF&W COOKE L.P., ET AL | : | NO.: 3:19-CV-00371 (VAB) |
| | : | |
| v. | : | |
| | : | |
| DANIEL SHAPIRO, ET AL | : | APRIL 29, 2024 |

## DEFENDANT DIANA ROSS' RULE 50(b) RENEWED MOTION FOR JUDGMENT ON THE PLAINTIFFS CLAIM FOR PUNITIVE DAMAGES

Pursuant to Fed. R. Civ. P. 50(b) the Defendant Diana Ross, moves for judgment in her favor on the plaintiffs claim for punitive damages, and that the judgment (Doc. #203) after jury trial that she pay $101,590.71 in punitive damages be vacated. As more particularly set forth in the accompanying Memorandum of Law, the jury could not reasonably and legally have found that Ms. Ross' conduct met the standard charged by the Court for an award of punitive damages. In support of this motion, Ms. Ross relies on and incorporates by reference the accompanying memorandum of law.

WHEREFORE, it is respectfully requested that the Court grant this motion, vacate the jury's punitive damages award against Ms. Ross and enter judgment in favor of Ms. Ross as it relates to the jury's punitive damages award.

DEFENDANT,
DIANA ROSS


By /s/ Thomas R. Gerarde
   Thomas R. Gerarde
   ct05640
   Adam J. DiFulvio
   ct29927
   Howd & Ludorf, LLC
   100 Great Meadow Road, Suite 201
   Wethersfield, CT 06109
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail: tgerarde@hl-law.com
   E-Mail: adifulvio@hl-law.com


## **CERTIFICATION**

     This is to certify that on **April 29, 2024**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Thomas R. Gerarde
       Thomas R. Gerarde